UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAUGHN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, DUANE E. WOERTH, US AIRWAYS, INC., US AIRWAYS GROUP, INC., RETIREMENT SYSTEMS OF ALABAMA, and RETIREMENT SYSTEMS OF ALABAMA HOLDINGS LLC, <br><br> Defendants. | NOTICE OF APPEARANCE <br><br> 03-CV-4822 (SLT) (MDG) |

PLEASE TAKE NOTICE that I, John W. Moscow, hereby respectfully enter an appearance as counsel for Retirement Systems of Alabama and Retirement Systems of Alabama LLC in the above-captioned matter and request that all subsequent papers be served on me at the address below.

Dated: This 30th day of December 2005
New York, New York

Respectfully submitted,

*/s/ John W. Moscow*

John W. Moscow (JM-9846)
jmoscow@rmnllp.com

ROSNER MOSCOW
& NAPIERALA, LLP
26 Broadway, 22nd Floor
New York, NY 10004-1808
Telephone: (212) 785-2577
Facsimile: (212) 785-5203

Counsel for Retirement Systems of Alabama and Retirement Systems of Alabama Holdings LLC